**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 99-31361
Summary Calendar
_____


JOSEPH CLAY; ORA CLAY,

Plaintiffs-Appellants,

and

COOPER/T SMITH STEVEDORING CO. INC.,

Intervenor Plaintiff - Appellant,

VERSUS

DAIICHI CHHUO SHIPPING (AMERICA) INC.; ET AL,

Defendants,

DAICHICHUO KISEN KAISHA; JAPAN SHIP OWNERS' MUTUAL
PROTECTION & INDEMNITY ASSOCIATION;
ASTRAEA MARITIME S.A.,

Defendants - Appellees.

_____

Appeal from the United States District Court for
the Eastern District of Louisiana

_____

November 1, 2000

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[1]

The judgment is AFFIRMED for essentially the reasons stated

by the district court in its Order and Reasons dated November 10,

1999.

---

[1] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.